# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Ronald Andruchuk (YOB 1984)<br>*Defendant(s)* | )<br>)<br>)   Case No.   1:22MJ11PAS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July, 2021 - February, 2022** in the county of _____ in the _____ District of **Rhode Island**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3): | Possession of a firearm as a prohibited person, to wit, a person who is an unlawful user of or addicted to any controlled substances; |
| 18 U.S.C. § 922(a)(6): | False statements in an application to purchase firearms; and |
| 18 U.S.C. § 924(a)(1)(A): | Caused false records to be kept by a federally licensed firearms dealer. |

This criminal complaint is based on these facts:

Please see the attached affidavit of Special Agent Justin T. Delaney with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Justin T. Delaney ~ ATF
*Printed name and title*

**Sworn telephonically and signed electronically**

Date: **February 24, 2022**

*Judge's signature*

City and state: **Providence, Rhode Island**   Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*